IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICKEY C. BROOKS** **PLAINTIFF**
**#108335**

V.	5:07CV00130-WRW-BD

**ARKANSAS DEPARTMENT OF**
**CORRECTION, et al.**	**DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court GRANTS the Motion to Dismiss (#27) of Defendants Rick Toney and Randal Manus and the Partial Motion to Dismiss (#34) of Defendants CMS, Jan Alexander, Rory Griffin, Dianna Locklear, Laura McCarty-Watterson, and Robert Scott, M.D. Defendants Toney, Manus, and CMS are DISMISSED with prejudice. Plaintiff's state-law medical negligence claims are DISMISSED with prejudice.

IT IS SO ORDERED 6th day of December, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE