**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RICKEY C. BROOKS**                                                        **PLAINTIFF**
**ADC #108335**

**V.**                     **No. 5:07CV00130-WRW-BD**

**ARKANSAS DEPARTMENT OF
CORRECTION, et al.**                                              **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (docket entry #56) from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Motion to Dismiss (#48) Defendants Dianna Locklear and Laura McCarty-Watterson is GRANTED, with prejudice.

IT IS SO ORDERED, this <u>28th</u> day of December, 2007.

                                                   /s/ Wm. R. Wilson, Jr.
                                                   UNITED STATES DISTRICT JUDGE