IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICKEY C. BROOKS**                                                                                           **PLAINTIFF**
**ADC #108335**

**V.**                                         **5:07CV00130 WRW/BD**

**ARKANSAS DEPARTMENT**
**OF CORRECTIONS, et al.**                                                              **DEFENDANTS**

### ORDER

Plaintiff Rickey C. Brooks filed a Complaint (docket entry #1) with this Court on February 16, 2005, Case No. 5:05-cv-00047-WRW-BD, alleging an Eighth Amendment violation under 42 U.S.C. § 1983 and a state law medical negligence claim.[1]  On April 12, 2007, the Court entered an order and judgment (#58 and 59) granting Plaintiff's motion to dismiss his complaint voluntarily, without prejudice.

On June 7, 2007, Plaintiff filed this action again alleging a state law medical negligence claim and an Eighth Amendment claim that his rights were violated by deliberate indifference to his serious medical needs.  In this lawsuit, Plaintiff named

---

[1] In Plaintiff's Original Case, he named the following defendants: Arkansas Department of Correction, Correctional Medical Services Inc., Robert Scott, Dr. Lee, Nurse Durham, Nurse Wycroft, CNA Bealer, Nurse Alexander, Nurse Hartgrave, and Nurse Jordan.

several defendants, including some defendants who were not named in the original case.[2] The Court previously dismissed the following as Defendants in this matter: the Arkansas Department of Correction, CMS, Rick Toney, Randall Manus, Dianna Locklear and Laura Mc-Carty-Watterson.  Plaintiff now has filed a Motion to Dismiss  (#70) seeking to dismiss his Complaint.  In the motion, Plaintiff states that he no longer desires to litigate this case.

For good cause, Plaintiff's Motion to Dismiss (#70) is GRANTED.  The case is DISMISSED with prejudice.  Each party will bear its own costs and expenses.  All pending motions are DENIED as moot.

DATED this 7th day of January, 2008.


/s/Wm. R. Wilson, Jr.
UNITED  STATES DISTRICT JUDGE

---

[2]In this lawsuit Plaintiff names the following defendants: Arkansas Department of Correction, CMS, Robert Scott, M.D., Doctor Lee, Rory Griffin, Nurse Durham, Nurse Wycroft, CNA Bealer, Jan Alexander, Nurse Thomas, Dianna Locklear, Laura McCarty-Watterson, Infirmary Manager/Nurse Woodel, Rick Toney, and Randal Manus.