IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICKEY C. BROOKS**                                                              **PLAINTIFF**
**ADC #108335**

**V.**                          **5:07CV00130 WRW/BD**

**ARKANSAS DEPARTMENT**
**OF CORRECTIONS, et al.**                                              **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered this date, Plaintiff's case is hereby

DISMISSED, with each party to bear its own costs and expenses.

IT IS SO ORDERED this 7th day of January, 2008.


　　　　　　　　　　　　　　　　　　　　/s/Wm. R. Wilson, Jr.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE